# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3724-23

A.P.,[1]

    Plaintiff-Respondent,

v.

P.P.,

    Defendant-Appellant.

_____

Submitted June 3, 2025 – Decided June 18, 2025

Before Judges Firko and Bishop-Thompson.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Hudson County, Docket No. FV-09-0133-24.

SeidenFreed, LLC, attorneys for appellant (Victoria D. Miranda, of counsel and on the briefs).

Northeast New Jersey Legal Services, Inc., attorneys for respondent (Caroline M. Black, of counsel and on the brief).

PER CURIAM

---

[1] We use initials to protect the confidentiality of the parties. R. 1:38-3(c)(12).

The court being advised by the parties that the issues in dispute have been amicably resolved, the appeal is dismissed with prejudice and without costs to either party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division